THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 
 
 

v.

 
 
 Bryan Orlando Hackett, Appellant.
 
 
 

Appeal From Greenwood County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-532
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Legal Counsel J. Benjamin Aplin, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Bryan
 Orlando Hackett appeals his probation revocation and resulting concurrent two-year
 sentences.  Hackett argues the probation revocation was so summary that the
 record is insufficient for review.    After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hackett's
 appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.